THE STATE OF IOWA v. WM. HAMPTON, Appellant.

AFFIRMANCE ON TRANSCRIPT.

*Appeal from Appanoose District Court.*—HON. H. C. TRAVERSE, Judge.

MONDAY, OCTOBER 22, 1894.

INDICTMENT for nuisance. Verdict of guilty, and judgment, from which the defendant appealed.—*Affirmed.*

No appearance for appellant.

The cause was submitted by the attorney general, on a transcript.

PER CURIAM.—The transcript shows the proceedings leading to the judgment to be regular. The evidence is not in the record. The rules of law given in the instructions are, abstractly considered, correct. No error appears on the face of the record, and the judgment is AFFIRMED.